FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 13 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

Johnson  L0010
(Last Name)   (Identification Number)

DeJuan  Marquis
(First Name)   (Middle Name)

Pike County Jail
(Institution)

2109 Jessie Hall memorial rd. Magnolia MS, 39652
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.   CIVIL ACTION NUMBER: 5:24cv 47-DCB-ASH
(to be completed by the Court)

Pike County Jail

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes ( ✓ )   No ( )

B. Are you presently incarcerated?
Yes ( ✓ )   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( ✓ )   No ( )

D. Are you presently incarcerated for a parole or probation violation?
Yes ( ✗ )   No ( ✓ )

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No ( ✓ )

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No ( ✓ )

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Devion Johnson     Prisoner Number: L0010

Address: 2109 Jessie Hall memorial rd magnolia MS, 39652

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Pike County Jail is employed as Pike County Jail at 2109 Jessie Hall memorial rd, Magnolia MS 39652

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Devion Johnson / Johnson    ADDRESS: 2109 Jessie Hall memorial rd Magnolia MS, 39652

DEFENDANT(S):

NAME: Pike County Jail    ADDRESS: 2109 Jessie Hall Memorial rd magnolia MS, 39652

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( ✓ )  No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: _Devuan Johnson V/S Ready Temporary Services_
2. Court (if federal court, name the district; if state court, name the county): _Federal Court, Denver County_
3. Docket Number: _Dont know_
4. Name of judge to whom case was assigned: _Dont know_
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _Still pending_

CASE NUMBER 2.
1. Parties to the action: _____
2. Court (if federal court, name the district; if state court, name the county): _____
3. Docket Number: _____
4. Name of judge to whom case was assigned: _____
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

Page 3 of 4

**STATEMENT OF CLAIM**

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Pike County is responsible for the following: Conditions of Confinement No lights in Cell, exposed wires, sleeping on floors, in adequate bedding (No Sheets, thin blankets) over Crowding, mold in showers, and in cells Dust and dirt on Walls and Cells and in Vent. inadequate yard Calls for 2 twice a month No law library poor or no hygiene for inmates poor or no health Care No locks on Cells (prea Violation) No officer in the guard tower No way to alert officers of emergencies poor food in adequate Meals to Sustain a Grown Man. False arrest and False imprisonment.

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

280,000 Compensary damages all charge's dismissed and Imediate release 25,000 in punative damages

Signed this __7__ day of __May__, 20__24__.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_DeJuan Johnson_
Signature of plaintiff